IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CARL E. SANDERS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-2039-L** |
| | § | |
| **DALLAS COUNTY SHERIFF DEPARTMENT**, *et al.*, | § | |
| | § | |
| Defendant. | § | |

# ORDER

This case was referred for screening to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 7) on June 20, 2014, recommending that the action be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, the magistrate judge recommended that, if Plaintiff "updates his address within 14 days of the date of this recommendation, the Court should refer the case back to the undersigned magistrate judge for further review." Report 3. In correspondence dated July 2, 2014 (Doc. 9), Plaintiff notified the clerk of the court of his new prison address and indicated that he would only be at the new address for a short time but that his mail would follow him when he is moved to a new prison.

Because Plaintiff provided his new mailing address within the time provided by the Report, the court **rejects as moot** the findings and conclusions of the magistrate judge with respect to dismissal of the case, and **accepts** those with respect to return of the case. Accordingly, the court **recommits** the case to the magistrate judge for further review consistent with the initial order of

Order - Page 1

reference. *Although Plaintiff states that his mail will follow him if he is relocated, he must nevertheless notify the court promptly in writing of any changes of address as required by the Instructions to a Prisoner Pro Se Plaintiff (Doc. 2).*

**It is so ordered** this 11th day of July, 2014.

/s/ Sam A. Lindsay
Sam A. Lindsay
United States District Judge